**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ERIK SHANNON BROWN, | No. CV 18-3617-JVS (PLA) |
| Petitioner, | **SECOND ORDER TO SHOW CAUSE RE: DISMISSAL OF HABEAS PETITION** |
| v. | |
| C.D.C.R., | |
| Respondent. | |

On May 3, 2018, Erik Shannon Brown ("petitioner") was ordered to show cause why his Petition for Writ of Habeas Corpus, filed on April 30, 2018, should not be dismissed for lack of exhaustion, and/or as not cognizable. Alternatively, petitioner was instructed that if he agrees that the Petition should be dismissed *without prejudice* for the reasons discussed in the May 3, 2018, Order, he may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Petitioner was advised that his failure to timely respond to the Order would result in the Petition being summarily dismissed for the reasons set forth therein, and for failure to prosecute and follow court orders.

On May 17, 2018, petitioner submitted a Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c), on which he checked the box next to the phrase: "This action is dismissed by the Plaintiff(s) in its entirety," and then added the clause "with leave to amend."

Amending the Petition is not an option here, and petitioner has not shown that amendment would cure the fact that he has not exhausted his claims, or that amendment will make cognizable his Proposition 47 claims. Accordingly, the Court will not order dismissal of this action with leave to amend. Instead, petitioner will be given one final opportunity, **no later than June 15, 2018**, to show cause why this action should not be dismissed for lack of exhaustion, and/or as not cognizable. Once again, in the alternative, he may file, **no later than June 15, 2018**, a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), said dismissal to be *without prejudice*. The Court clerk is directed to send petitioner a copy of a blank Central District form titled "Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)" along with this Order to Show Cause.

**Petitioner is advised that his failure to timely comply with this Second Order to Show Cause will result in dismissal of his action without prejudice**.

DATED: May 23, 2018

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE